PROB 12C
(6/16)

Report Date: March 6, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 09, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Glen Ray Briggs    Case Number: 0980 2:07CR02066-LRS-2

Address of Offender: ███████████████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior United States District Judge

Date of Original Sentence: March 6, 2009

| | |
|---|---|
| Original Offense: | Count 1:  Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846; Count 2: Distribution of a Controlled Substance, 21 § U.S.C. 841(a)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 324 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Re-sentencing:<br>(12/13/2011) | Prison - 240 months<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Jeremy James Kelley | Date Supervision Commenced: August 17, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 16, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on February 19, 2026.

On August 18, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #5:** The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.<br><br>**Supporting Evidence:** The offender is alleged to have violated standard condition number 5, by failing to work regularly at a lawful occupation.<br><br>The offender is currently unemployed and he has failed to maintain regular lawful employment. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition with the violations previously reported to the Court.

**Prob12C**
**Re: Briggs, Glen Ray**
**March 6, 2026**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 6, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[✓]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

March 9, 2026

Date