PROB 12C
(6/16)

Report Date: September 30, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2026

SEAN F. MCAVOY, CLERK

ECF No. 606

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Glen Ray Briggs — Case Number: 0980 2:07CR02066-LRS-2

Address of Offender: [redacted] Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 6, 2009

| | | |
|---|---|---|
| Original Offense: | Count 1: Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846; Count 2: Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 324 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Re-sentencing:<br>(December 13, 2011) | Prison - 240 months<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Jeremy James Kelley | Date Supervision Commenced: August 17, 2023 |
| Defense Attorney: | Katie Elizabeth Kitchen | Date Supervision Expires: August 16, 2027 |

---

## PETITIONING THE COURT

To issue a **warrant**.

On August 18, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 5, by failing to work regularly at a lawful occupation since on or about June 25, 2026.<br><br>On September 28, 2026, this officer contacted the offender's employer, Coeur d'Alene Windows. The employer advised the probation officer that the offender was terminated on June 25, 2026, due to excessive absences. As of this writing, Mr. Briggs remains unemployed. |
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by being untruthful when questioned by the probation officer on or about July 21, 2026.

On July 21, 2026, this officer conducted a home visit at the offender's residence. When questioned about his employment, the offender informed the probation officer that he remained employed with Coeur d'Alene Windows.

As noted in alleged violation number 1, on or about June 25, 2026, the offender was terminated from Coeur d'Alene Windows. As such, the offender was untruthful with the probation officer regarding his employment.

3 **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by being untruthful when questioned by the probation officer on or about August 28, 2026.

On August 28, 2026, this officer conducted a home visit at the offender's residence. When questioned about his employment, the offender informed the probation officer that he remained employed with Coeur d'Alene Windows.

As noted in alleged violation number 1, on or about June 25, 2026, the offender was terminated from Coeur d'Alene Windows. As such, the offender was untruthful with the probation officer regarding his employment.

4 **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by failing to follow the probation officer's instructions on or about August 28, 2026.

On August 28, 2026, the offender was instructed to provide the probation officer with a recent pay stub. Mr. Briggs failed to provide a pay stub, as directed.

5 **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by being untruthful with the probation officer when questioned about his employment on September 24, 2026.

On September 24, 2026, this officer questioned the offender regarding his employment at Coeur d'Alene Windows. At that time, Mr. Briggs informed the probation officer that he stopped working for the company approximately 2 weeks prior due to lack of hours.

As noted in alleged violation number 1, on or about June 25, 2026, the offender was terminated from Coeur d'Alene Windows. As such, the offender was untruthful with the probation officer regarding his employment.

6 **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by being untruthful when questioned by the probation officer on or about September 29, 2026.

On September 29, 2026, the offender reported to the U.S. Probation Office for a scheduled appointment. At that time, the probation officer asked for further clarification regarding his last date of employment with Coeur d'Alene Windows. Mr. Briggs stated he was terminated from his employment approximately 4 weeks prior due to missing too many days of work.

As noted in alleged violation number 1, on or about June 25, 2026, the offender was terminated from Coeur d'Alene Windows. As such, the offender was untruthful with the probation officer regarding his employment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 30, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

September 30, 2026

Date